UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CARLOS VILLAREAL,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | | Civil Action **4:22-cv-00696-O** |
| § | | |
| **QUIKTRIP CORPORATION, QT** § | | |
| **SOUTH, LLC, QUIK'N TASTY** § | | |
| **FOODS, INC. & OKLAHOMA** § | | |
| **QUIKTRIP BEVERAGE** § | | |
| **CORPORATION,** § | | |
| | | |
| **Defendants.** | | |

## ORDER

Before the Court is Defendants' Amended Notice of Removal (ECF No. 1), filed August 12, 2022. Upon reviewing Defendants' filing, it appears the cause of action at issue accrued in Denton County which lies within the Eastern District of Texas. Furthermore, it appears there is no connection to this district among the real parties in interest. Having received no objection from the parties, the Court **TRANSFERS** this matter to the Eastern District of Texas in the interest of justice.

**SO ORDERED** this **17th day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE